THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HOWARD WILSON, Defendant-Appellant.

(No. 11914; )

Fourth District—August 13, 1973.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, Deputy Defender, of Springfield, (Bruce L. Herr, Assistant Defender, of counsel,) for appellant.

No appearance for the People.